No. 804. WHITE v. HARRISBURG. January 12, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis*, denied. *Caroline White, pro se.* ■

No. 98. OUGHTON ET AL. v. NATIONAL LABOR RELATIONS BOARD; and

No. 170. GIBBS ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. January 12, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles A. Wolfe* for petitioners in No. 98; and *Mr. Franklin S. Edmonds* for petitioners in No. 170. *Solicitor General Biddle* and *Messrs. Warner W. Gardner, Robert B. Watts,* and *Laurence A. Knapp* for respondents. ■

No. 733. FRIEDMAN v. UNITED STATES. January 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. John H. Burnett* for petitioner. *Solicitor General Fahy* and *Messrs. J. Louis Monarch, Gordon B. Tweedy,* and *Earl C. Crouter* for the United States. ■

No. 781. ROYAL INDEMNITY Co. v. UNITED STATES. January 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Chas. I. Dawson* for petitioner. *Solicitor General Fahy, Assistant Attor-*

798

ney General Clark, and Messrs. J. Louis Monarch and Paul R. Russell for the United States.

No. 792. ESSARY, EXECUTRIX, v. LOWDEN ET AL., TRUSTEES, ET AL. January 12, 1942. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. MR. JUSTICE BLACK is of opinion that the petition should be granted. *Mr. Clarence C. Chilcott* for petitioner. *Messrs. M. L. Bell, W. F. Peter, Thomas P. Littlepage, W. R. Bleakmore, Robert E. Lee, M. G. Roberts,* and *M. K. Cruce* for respondents.

No. 756. STEWART v. DAVIDSON, JUDGE. January 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed furthen *in forma pauperis,* denied. *J. L. Stewart, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.

No. 842. RUBEN ET AL. v. UNITED STATES. January 19, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for writ of certiorari was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–666. *Sam Ruben, James Foley, Barney Neufield,* and *Joseph Flynn, pro se.*

No. 795. PLOW CITY STEAMSHIP Co. v. TEXAS GULF SULPHUR Co., INC. January 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third